UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING AND SALES PRACTICES LITIGATION
MDL 2222
This Document Relates to All Actions

## ORDER #1
(Setting Initial Conference)

**THIS CAUSE** is before the Court *sua sponte*.  To organize and facilitate the orderly progression of this litigation, it is **ORDERED** as follows:

1. **Initial Conference**.  All parties shall appear for a conference with the undersigned on the **11th day of March, 2011, at 8:30 a.m.** in Courtroom 203 of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

2. **Purposes; Agenda**.  The conference will be held for the purposes specified in Federal Rule of Civil Procedure 16(a), 16(b), 16(c), and 26(f) and subject to the sanction prescribed in Rule 16(f).  The items listed in the *Manual for Complex Litigation, Third*, sections 21.21 and 40.1 shall, to the extent applicable, constitute a tentative agenda.  Counsel are encouraged to advise the Court as soon as possible of any items that should be added to the agenda.

3. **Preparations for Conference**.  Prior to the Conference, counsel shall confer and seek consensus to the extent possible with respect to the items on the agenda, including a proposed discovery plan under Rule 26(f) and a suggested schedule under Rule 16(b) for joinder of parties, amendment of pleadings, consideration of class action allegations, motions, and trial.

4. **Preliminary Reports**.  Counsel shall prepare and bring to the hearing, a joint statement indicating their preliminary understanding of the facts involved in the litigation and critical factual and legal issues.  These statements will not be filed with the Clerk, will not be binding, will not waive claims or defenses, and may not be offered in evidence against a party in later proceedings.  Counsel should also be prepared to discuss whether and to what extent consolidating these cases for pre-trial, trial, or otherwise is appropriate.

5. **Pending Motions**. Counsel shall prepare a summary report listing any and all pending motions.

6. **List of Related Cases**.  Counsel's report shall list all related cases pending in state or federal court and their current status, to the extent known.

7. **Preservation of Records**.  Each party shall preserve all documents and other records containing information potentially relevant to the subject matter of this litigation.  Subject to further order of the Court, parties may continue routine erasures of computerized data pursuant to existing programs, but they shall (1) immediately notify opposing counsel about such programs and (2) preserve any printouts of such data.  Requests for relief from this directive will receive prompt attention from the Court.

8. **Orders of Transferor Courts**.  All previous orders by transferor courts imposing dates for pleadings or discovery are **VACATED**.

9. **Service List**.  This Order is being furnished to counsel of record on CM/ECF.  Counsel of record shall forward a copy of this Order to any other attorneys who should be notified of the conference.

10. **Filings**.  Unless otherwise ordered by the Court, the parties shall file any motions, notices, or other filings in this case on the docket of 11-MD-02222, rather than on the dockets of the respective civil cases.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of February, 2011.

_James I. Cohn_
JAMES I. COHN
United States District Judge

Copies provided to all counsel of record via CM/ECF.