August 18, 2011

Clerk of the Court
United States District Court
Southern District of Florida
Ft. Lauderdale Division
229 East Broward Boulevard
Room 108
Ft. Lauderdale, FL  33301

Class Counsel
Timothy G. Blood
Blood Hurst & O'Reardon LLP
600 B Street, Suite 1550
San Diego, CA  92101

Mead Johnson's Counsel
Gail Gottehrer
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103

To Whom It May Concern:

I am writing to object to the settlement in In Re: Enfamil LIPIL Marketing and Sales Practices Litigation, Case No. 11-MD-02222-Cohn/Seltzer. I bought Enfamil LIPIL Infant Formula between October 13, 2005 and March 31, 2010. I did not buy the product for the purpose of resale nor did I receive it through the WIC program. The reasons for my objecting to the settlement are as follows:

It is my understanding that the case is settled on the basis that if you purchased Enfamil for six months or less you are eligible to receive one 12.5oz container or $6 in cash. If you purchased for more than six months, you get double this amount. What makes this settlement unfair is that everyone in each category gets the same settlement regardless of the amount of Enfamil they purchased. In other words, someone who bought only one can of Enfamil gets the same payout as someone who bought multiple cans. This does not seem fair or equitable.

It is also my understanding that the lawyers are going to receive $3.5 million in attorneys' fees. I cannot tell from the notice whether the lawyers earned this fee or not, including how much time and effort they put into the case. Without knowing more, I object to these fees.

I also object to the separate payments to Ms. Nelson for $10,000 and other individuals for $2,500 or $1,000 as identified in the notice. There is no explanation for why these amounts are being paid or how these amounts were earned.

Sincerely,

Margaret Huter
1420 South Humboldt St.
Denver, CO  80210
Ph 303-999-5200