

FILING FEE
PAID 75 00
pro hac vice FLN000001728
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MDL NO. 11-MD-02222-COHN/SELTZER



FILED BY [signature]
2011 SEP 20 PM 2:45
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

IN RE: ENFAMIL LIPIL MARKETING )
AND SALES PRACTICES LITIGATION )
MDL No. 2222 )
)
)
_____ )

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of W. Allen McDonald of the law firm of Lacy, Price & Wagner, 249 N. Peters Road, Knoxville, TN 37914 for purposes of appearance as co-counsel on behalf of Class Member Sandra M. Pack in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit W. Allen McDonald to receive electronic filings in this case, and in support thereof states as follows:

1. W. Allen McDonald is not admitted to practice in the Southern District of Florida and is a member in good standing in the State of Tennessee and the United States District Court for the Eastern District of Tennessee.

2. Dale Paul DiMaggio, Esquire, of the law firm of Malin Haley DiMaggio Bowen & Lhota, P.A., 1936 South Andrews Ave., Fort Lauderdale, FL, 33316, 954-763-3303, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

3. Dale Paul DiMaggio is activing as local counsel in this case, and pursuant to Section 2B of the CM/ECF Administrative Procedures has consented to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, W. Allen McDonald has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5. W. Allen McDonald, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to W. Allen McDonald at the email address amcdonald@lpwpc.com

WHEREFORE, Dale Paul DiMaggio moves this Court to enter an Order permitting W. Allen McDonald to appear before this Court on behalf of Sandra M. Pack for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to W. Allen McDonald at amcdonald@lpwpc.com

Date: September 20, 2011

Respectfully submitted,

_____
Dale Paul DiMaggio
Fla. Bar #395,803
dpd@mhdpatents.com
Malin Haley DiMaggio
Bowen & Lhota, P.A.
1936 South Andrews Ave.
Fort Lauderdale, FL, 33316
Phone: (954) 763-3303
Fax: (954) 522-6507
*Attorney for Sandra M. Pack*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, a true and correct copy of the foregoing was filed directly with the Clerk of the Court, who will send notice to all counsel and parties of record using the CM/ECF system and to the non-CM/ECF participants indicated on the Electronic Mailing Notice List.

Executed on September 20, 2011.

Dale Paul DiMaggio
Fla. Bar #395,803
dpd@mhdpatents.com
Malin Haley DiMaggio
Bowen & Lhota, P.A.
1936 South Andrews Ave.
Fort Lauderdale, FL, 33316
Phone: (954) 763-3303
Fax: (954) 522-6507
*Attorney for Sandra M. Pack*

I:\11000\11906\TO the Court\WAM Pro Hac Vice Motion.docx

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING )
AND SALES PRACTICES )
LITIGATION )
)
)
) MDL-2222
)
This Document Relates to: )
)
*Nelson v. Mead Johns & Company, LLC* )
No. 09-61625-CIV-COHN/SELTZER )
)

## CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of Tennessee.
2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.
3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.
4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.
5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Court and that this privilege may be revoked at any time without notice.
6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: W. Allen McDonald
State Bar No.: 016210
Firm Name: Lacy, Price & Wagner
Address: 249 North Peters Road, Suite 101 Knoxville, TN 37923
Mailing Address (if different):
Telephone #: (865) 246-0800
E-mail addresses: amcdonald@lpwpc.com
Fax #: (865) 690-8199

Dated 9/20/2011

*(signature)*
W. Allen McDonald
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
(865) 246-0800
*Attorney for Class Member Sandra M. Pack*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION MDL-2222
_____/

<u>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF
ELECTRONIC FILING</u>

THIS CAUSE is before the Court on the Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (DE  ) and the Court having considered the motions and being otherwise fully advised, it is hereby ORDERED that the Motion (DE  ) is GRANTED. W. Allen McDonald, Esq. of the law firm of Lacy, Price & Wagner, may appear herein as counsel for Sandra M. Pack. The Court reserves the power to withdraw permission for limited appearance at any time. Failure to abide by any Court order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney Dale Paul DiMaggio is designated as local counsel with whom the court and opposing counsel may communicate and upon whom papers may be served. Local counsel must be ready to adequately represent Sandra M. Pack at any time.

It is further ORDERED that the Clerk shall provide electronic notification of all electronic filing to attorney W. Allen McDonald at amcdonald@lpwpc.com.

DONE AND ORDERED in Fort Lauderdale, Florida, this _____ day of September, 2011

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record

I:\11000\11906\TO the Court\4901.Order Granting Motion to Appear Pro Hac Vice.McDonald.docx