UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION MDL-2222

_____/

## ENTRY OF APPEARANCE

Steve A. Miller, member of the bar of this Court, hereby enters his appearance on behalf of Class Member / Objector Margaret Huter.

Respectfully submitted,

/s/Steve A. Miller_____
Steve A. Miller (FL Bar No. 992224)
Steve A. Miller, P.C.
1625 Larimer St., Suite 2905
Denver, CO  80202
Ph. 303.892.9933
Fax: 303.892.8925
Sampc01@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was filed via CM/ECF which will send a notification of such filing to all counsel of record.

/s/Steve A. Miller

1