UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION
MDL 2222
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Margaret Huter, class member and objector, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order Approving Class Action Settlement and Dismissing Cases with Prejudice [DE 79] entered November 14, 2011.

Respectfully submitted,

/s/Steve A. Miller_____
Steve A. Miller (FL Bar No. 992224)
Steve A. Miller, P.C.
1625 Larimer St., Suite 2905
Denver, CO  80202
Ph. 303.892.9933
Fax: 303.892.8925
Sampc01@gmail.com