FILING FEE
PAID
pro hac
vice
[stamp: Steven M. Larimore, Clerk]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 11-MD-02222-COHN/SELTZER

| | |
|---|---|
| IN RE:     ENFAMIL LIPIL MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) ) MDL-2222 ) |
| This Document Relates to: | ) ) |
| IN RE: ENFAMIL LIPIL MARKETING AND SALES PRACTICES LITIGATION | ) ) ) |
| *Francis v. Mead Johns & Company, LLC*<br>No. 11-CIV-60369- COHN/SELTZER | ) ) ) |
| *Kaplan v. Mead Johns & Company, LLC*<br>No. 11-CIV-60358- COHN/SELTZER | ) ) ) |
| *Martin v. Mead Johns & Company, LLC*<br>No. 11-CIV-60356- COHN/SELTZER | ) ) ) |
| *Nelson v. Mead Johns & Company, LLC*<br>No. 09-CIV-61625-COHN/SELTZER | ) ) ) |
| *Pelkey v. Mead Johns & Company, LLC*<br>No. 11-CIV-60407- COHN/SELTZER | ) ) ) |
| *Ramos v. Mead Johns & Company, LLC*<br>No. 11-CIV-60632- COHN/SELTZER | ) ) ) |
| *Weeks v. Mead Johns & Company, LLC*<br>No. 11-CIV-60366- COHN/SELTZER | ) ) ) |
| *Patrick v. Mead Johns & Company, LLC*<br>No. 11-CIV-60449- COHN/SELTZER | ) ) ) **NOTICE OF APPEAL** ) |

[stamp: FILED BY __ 2011 DEC 12 PM 3:07 STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. OF FLA.-FTL]

Objecting class member, Sandra M. Pack., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the <u>Final Order Approving Class Action Settlement and Dismissing Cases With Prejudice</u> (Dkt. 79) of this Court approving the class action settlement, denying the objections filed

by various class members, and awarding attorney's fees to class counsel. Appellant has paid the required fees for this Notice of Appeal.

Date: December 12, 2011

Respectfully submitted,

W. Allen McDonald
State Bar No.: 016210
amcdonald@lpwpc.com
Lacy, Price & Wagner
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Phone: (865) 246-0800
Fax: (865) 690-8199

*Attorney for Sandra M. Pack*
*Admitted Pro Hac Vice*

James H. Price
State Bar No.: 016254
jprice@lpwpc.com
Lacy, Price & Wagner
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Phone: (865) 246-0800
Fax: (865) 690-8199

*Attorney for Sandra M. Pack*
*Admitted Pro Hac Vice*

Dale Paul DiMaggio
Fla. Bar #395,803
dpd@mhdpatents.com
Malin Haley DiMaggio Bowen & Lhota, P.A.
1936 South Andrews Ave.
Fort Lauderdale, FL, 33316
Phone: (954) 763-3303
Fax: (954) 522-6507

*Local Counsel*
*Attorney for Sandra M. Pack*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, a true and correct copy of the foregoing was filed directly with the Clerk of the Court, who will send notice to all counsel and parties of record using the CM/ECF system and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mailing Notice List.

Executed on December 12, 2011.

W. Allen McDonald
State Bar No.: 016210
amcdonald@lpwpc.com
Lacy, Price & Wagner
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Phone: (865) 246-0800
Fax: (865) 690-8199

*Attorney for Sandra M. Pack*
*Admitted Pro Hac Vice*

James H. Price
State Bar No.: 016254
jprice@lpwpc.com
Lacy, Price & Wagner
249 N. Peters Road, Suite 101
Knoxville, TN 37923
Phone: (865) 246-0800
Fax: (865) 690-8199

*Attorney for Sandra M. Pack*
*Admitted Pro Hac Vice*

Dale Paul DiMaggio
Fla. Bar #395,803
dpd@mhdpatents.com
Malin Haley DiMaggio Bowen & Lhota, P.A.
1936 South Andrews Ave.
Fort Lauderdale, FL, 33316
Phone: (954) 763-3303
Fax: (954) 522-6507

*Local Counsel*
*Attorney for Sandra M. Pack*