

**From:** Allen McDonald
**To:** Tim Blood
**Subject:** Enfamil
**Date:** Monday, October 03, 2011 3:04:37 PM

---

Tim,

Per your request, I'm putting in writing our opening offer of $150,000 which I passed along to Howard last week.

This figure is derived from my understanding of what John Pentz settled for in other cases of similar size (attorneys' fees of between $3 and $5 Million). That is, I understand that Pentz settled for 5% in one case and a little less than 4.5% in another. Our $150,000 opening offer is roughly 4.5%.

While I agree with you that each case is different, I think our number is a more than reasonable place to start.

I look forward to hearing from you.

W. Allen McDonald, Esq.
Lacy, Price & Wagner, P.C.
249 North Peters Rd.
Suite 101
Knoxville, TN  37923
(865) 246-0800 PHONE
(865) 690-8199 FAX

IRS 230 DISCLOSURE
IRS CIRCULAR 230 REQUIRES US TO INFORM YOU THAT ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY YOU OR ANY OTHER TAXPAYER, TO AVOID ANY PENALTIES THAT FEDERAL TAX LAW MAY IMPOSE.
CONFIDENTIALITY NOTICE
THIS MESSAGE MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU HAVE RECEIVED IT IN ERROR, PLEASE CONTACT THE SENDER IMMEDIATELY.