UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION MDL-2222

_____/

ORDER

THIS CAUSE is before the Court on the Joint Motion and Incorporated Memorandum of Law to Compel Objector Sandra Pack to Complete Her Deposition and Answer Deposition Questions (DE 106) and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 107).  The Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

1. On or before noon on Monday, March 12, 2012, counsel for Plaintiff and Defendant and counsel for Sandra M. Pack shall <u>telephonically</u> confer in a good faith attempt to resolve the issues raised in the instant motion (DE 106).  On or before 10:00 a.m. on Tuesday, March 13, 2012, lead counsel for Plaintiff and Defendant and counsel for Sandra M. Pack shall file a Joint Status Report detailing the outcome of this conference and identifying the issues that remain, if any.

2. If counsel is unable the to resolve the issues raised by the instant motion, Sandra Pack shall serve and file her Response to the Joint Motion (DE 106), addressing (with specificity and with support) the remaining issues raised by the instant motion, if any, on or before 4:00 p.m. on Wednesday, March 14, 2012.

3. Plaintiff and Defendant shall serve and file their Reply to Sandra Pack's

response on or before 10:00 a.m. on Friday, March 16, 2012.[1]

DONE AND ORDERED in Fort Lauderdale, Florida, this 9th day of March  2012.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record

James H. Price, Esq.
865-690-8199

---

[1] This Court expects counsel to cooperate and to fully comply with the applicable rules in all proceedings in this cause.  See S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct, Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves"); see also Discovery Practices Handbook, adopted as an appendix to the Local Rules.