UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION
MDL 2222

_____

DECLARATION OF DALE P. DIMAGGIO

Dale P. DiMaggio declares as follows:

1. I am a partner at Malin Haley DiMaggio Bowen & Lhota, P.A., specializing in patent and trademark law. I have been licensed to practice in the State of Florida since 1984 and was admitted to practice before this Court in 1987.

2. I have known Allen McDonald since 1998 when he became in-house counsel for Brunswick Corporation, which is one of my long-term clients. After Mr. McDonald left Brunswick in 2009, he and I stayed in touch with each other.

3. I am local counsel for Mr. McDonald and his firm in the representation of class member/objector Sandra M. Pack.

4. On September 26, 2011, I attended the Fairness Hearing in this matter with Mr. McDonald. After the hearing, a person identifying himself as Howard Rubenstein, unsolicited and in a hurried and anxious manner, approached Mr. McDonald and me as we were leaving the courthouse. Mr. Rubenstein stated he was one of the lawyers for the Plaintiffs in this case and asked me what we were looking for and if we were interested in a financial settlement. Because I am serving only as local counsel I told Mr. Rubenstein he needed to speak to Mr. McDonald.

5. Mr. McDonald advised Mr. Rubenstein that he had not considered a monetary settlement, but he told Mr. Rubenstein that he would speak with Jim Price. Mr. Rubenstein gave Mr. McDonald his cell phone number and asked Mr. McDonald to get back in touch with him quickly, which Mr. McDonald agreed to do.

**EXHIBIT 2 TO SANDRA M. PACK'S RESPONSE TO THE JOINT MOTION TO COMPLETE HER DEPOSITION**

As an Officer of this Court, I believe that the above statements are true and are made with my own personal knowledge of the facts contained therein.

_____
Dale P. DiMaggio