UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-MD-02222-COHN/SELTZER

IN RE: ENFAMIL LIPIL MARKETING
AND SALES PRACTICES LITIGATION
MDL 2222

## DECLARATION OF WALLACE ALLEN MCDONALD

Wallace Allen McDonald declares as follows:

1. I am an attorney licensed to practice law in Tennessee, where I was admitted in 1993, and the State of Florida, where I was admitted in 2010.

2. A few days after Mr. Rubenstein approached Dale DiMaggio and me after the Fairness Hearing regarding possibly settling Ms. Pack's objection, I called him to relay an offer. Mr. Rubenstein then advised me that I should call Mr. Tim Blood, which I did.

3. Mr. Blood asked me to put the offer in writing so he could forward the offer to his co-counsel. He also suggested that I refer to the offer as "an opening offer" so his co-counsel would understand the offer was negotiable.

*[signature]*
Wallace Allen McDonald

EXHIBIT 3 TO SANDRA M. PACK'S RESPONSE TO THE JOINT MOTION TO
COMPLETE HER DEPOSITION