UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by MC D.C.
ELECTRONIC
MAR 30 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 29, 2012

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 11-15956-EE
Case Style: Allison Nelson, et al v. Margaret Huter, et al
District Court Docket No: 0:11-md-02222-JIC

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE/dc/
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-15956-EE

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 29 2012
JOHN LEY
CLERK
```

ALLISON NELSON,
on behalf of herself and others similarly situated,
GINA MARTIN,
on behalf of herself and all others similarly situated,
et al.,

                                                                Consol. Plaintiffs,

MARGARET HUTER,
SANDRA M. PACK,

                                                                Interested Parties - Appellants,

versus

MEAD JOHNSON & JOHNSON COMPANY,

                                                                Defendant - Appellee,

MEAD JOHNSON & COMPANY,
MEAD JOHNSON NUTRITION COMPANY,
MEAD JOHNSON AND COMPANY, LLC,

                                                                Consol. Defendants - Appellees.

Appeal from the United States District Court for the
Southern District of Florida

BEFORE:   BARKETT and PRYOR, Circuit Judges.

BY THE COURT:

   The joint motion by Appellees and Appellant Huter to dismiss Appellant Huter's appeal with prejudice, with the parties to bear their own costs and fees, is GRANTED. Appellant Pack's appeal shall not be affected by this order.